**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | | |
|---|---|---|
| GHSP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  1:19-cv-00213-PLM-RSK |
| | ) | |
| CAPSONIC AUTOMOTIVE, INC., | ) | Hon. Paul L. Maloney |
| | ) | |
| Defendant. | ) | |

**AMENDED  STIPULATION  OF  DISMISSAL  WITH  PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 40.3, Plaintiff GHSP, Inc. and Defendant Capsonic Automotive, Inc. hereby advise the Court that they have reached a settlement of this matter. Under the terms of that settlement, the parties stipulate and agree that this action is dismissed with prejudice and with each party to bear its own costs and the Court to retain jurisdiction to enforce the parties' settlement agreement.

Respectfully submitted this 20th day of April, 2021.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

| | |
|---|---|
| CAPSONIC AUTOMOTIVE, INC. | GHSP, Inc. |
| By: /s/ Jill C. Anderson (*with permission*) | |
| One of its attorneys | By: /s/ Phillip T. Carroll |
| | One of its attorneys |
| James R. Bruinsma (P48531) | |
| McShame & Bowie, P.L.C. | Phillip T. Carroll (P5483) |
| 99 Monroe Avenue NW, Ste. 1100 | Anthony J. Morrone |
| Grand Rapids, MI 49503 | Jonathan M. Levy |
| 616-732-5000 | Cozen O'Connor |
| jrb@msblaw.com | 123 N. Wacker Drive, Suite 1800 |
| | Chicago, IL 60606 |
| Terrence Sheahan | (312)  383-3100 |
| Freeborn & Peters LLP | pcarroll@cozen.com |
| 311 South Wacker Drive, Suite 3000 | amorrone@cozen.com |
| Chicago, Illinois 60606 | jlevy@cozen.com |
| (312) 360-6000 (phone) | |
| (312) 360-6520 (fax) | |
| tsheahan@freeborn.com | |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that the above was electronically filed with the Court's CM/ECF system, which shall automatically send notice to all counsel of record.

/s/ Jonathan M. Levy